Case 2:20-cr-00500-DMG   Document 1   Filed 10/20/20   Page 1 of 8   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
10/20/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>ALBERTO RIVERA BUSTOS,<br>  aka "Alberto Bustos Rivera,"<br>     "Alberto Busto Srivera,"<br>     and<br>     "Alberto Busto," and<br>REYNALDO HERNANDEZ JAEN,<br>  aka "Reynaldo Jaen<br>       Hernandez,"<br><br>         Defendants. | CR 2:20-cr-00500-DMG<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (b)(1)(C): Distribution and Possession with Intent to Distribute Fentanyl] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.   OBJECTS OF THE CONSPIRACY

Beginning on a date unknown, and continuing through on or about February 8, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendants ALBERTO RIVERA BUSTOS, also known as "Alberto Bustos Rivera," "Alberto Busto Srivera," and

"Alberto Busto," and REYNALDO HERNANDEZ JAEN, also known as "Reynaldo Jaen Hernandez," conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi).

B.  MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendant BUSTOS would communicate with a source of supply of fentanyl based in Mexico with the purpose of arranging sales of fentanyl to purchasers in the United States, including in Los Angeles County.

2. Defendant BUSTOS would coordinate the sale of multi-kilogram quantities of fentanyl with potential purchasers in Los Angeles County.

3. Defendant BUSTOS would provide a sample of the fentanyl to potential purchasers.

4. In coordination with defendant BUSTOS, defendant HERNANDEZ JAEN would conduct in-person sales of fentanyl with purchasers identified by defendant BUSTOS.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants BUSTOS and HERNANDEZ JAEN, and others known and unknown to the Grand Jury, committed

various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1: From on or about November 30, 2018, until on or about December 6, 2018, defendant BUSTOS communicated, through phone calls and text messages using coded language, about a potential sale of fentanyl with an individual who defendant BUSTOS believed to be a fentanyl customer but who was, in fact, a confidential source working at the direction of law enforcement (the "Confidential Source").

Overt Act No. 2: On or about December 6, 2018, defendant BUSTOS met with the Confidential Source outside a Krispy Kreme in Gardena, California, and provided the Confidential Source with a sample of approximately 1.85 grams of fentanyl.

Overt Act No. 3: On or about January 9, 2019, defendant BUSTOS met with the Confidential Source at or around a Starbucks in Chino Hills, California, to discuss the logistics of a future multi-kilogram fentanyl sale.

Overt Act No. 4: On or about January 11, 2019, during a phone call, defendant BUSTOS informed the Confidential Source, using coded language, that defendant BUSTOS had ten kilograms of fentanyl for sale and could obtain ten additional kilograms of fentanyl from a supplier.

Overt Act No. 5: From on or about January 11, 2019, through on or about February 5, 2019, defendant BUSTOS continued communicating with the Confidential Source through phone calls and text messages, using coded language, regarding the quantity, pricing, and logistics of the future fentanyl transaction.

<u>Overt Act No. 6</u>:   On or about February 5, 2019, during a phone call, defendant BUSTOS confirmed with the Confidential Source, using coded language, that defendant BUSTOS would sell the Confidential Source ten kilograms of fentanyl in an initial deal, with an additional ten kilograms to follow in a later deal.

<u>Overt Act No. 7</u>:   On or about February 6, 2019, during a phone call, using coded language, defendant BUSTOS informed the Confidential Source that at least one other person would be meeting with the Confidential Source to conduct the fentanyl sale at defendant BUSTOS's direction.

<u>Overt Act No. 8</u>:   On or about February 7, 2019, during phone calls, using coded language, defendant BUSTOS arranged to sell the Confidential Source one kilogram of fentanyl initially and then the remaining nine kilograms later the same day, which defendant BUSTOS confirmed would cost $22,000 per kilogram.

<u>Overt Act No. 9</u>:   On or about February 8, 2019, during a phone call, using coded language, defendant BUSTOS informed the Confidential Source that defendant BUSTOS would have his associate who would be delivering the fentanyl call the Confidential Source to coordinate the logistics of the meeting.

<u>Overt Act No. 10</u>:   On or about February 8, 2019, approximately five minutes later, defendant HERNANDEZ JAEN called the Confidential Source to coordinate the time and location of the fentanyl sale, which they agreed would take place in the parking lot of a mall in Long Beach, California.

<u>Overt Act No. 11</u>:   On or about February 8, 2019, defendant HERNANDEZ JAEN met with the Confidential Source in the mall parking

lot and provided the Confidential Source with approximately one kilogram of fentanyl in exchange for $22,000.

Overt Act No. 12:  On or about February 8, 2019, following the one-kilogram sale of fentanyl to the Confidential Source, defendant HERNANDEZ JAEN met with another person near the Long Beach Airport in Long Beach, California, where defendant HERNANDEZ JAEN retrieved a bag containing nine additional kilograms of fentanyl for distribution to the Confidential Source.

Overt Act No. 13:  On or about February 8, 2019, after putting the bag containing nine kilograms of fentanyl in his vehicle, defendant HERNANDEZ JAEN drove back in the direction of the mall in Long Beach, California to sell the Confidential Source the additional nine kilograms of fentanyl.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

[DEFENDANT BUSTOS]

On or about December 6, 2018, in Los Angeles County, within the Central District of California, defendant ALBERTO RIVERA BUSTOS, also known as "Alberto Bustos Rivera," "Alberto Busto Srivera," and "Alberto Busto," knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2(a)]

[ALL DEFENDANTS]

On or about February 8, 2019, in Los Angeles County, within the Central District of California, defendants ALBERTO RIVERA BUSTOS, also known as "Alberto Bustos Rivera," "Alberto Busto Srivera," and "Alberto Busto," and REYNALDO HERNANDEZ JAEN, also known as "Reynaldo Jaen Hernandez," each aiding and abetting the other, knowingly and intentionally distributed at least 400 grams, that is, approximately 993 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

[DEFENDANT HERNANDEZ JAEN]

On or about February 8, 2019, in Los Angeles County, within the Central District of California, defendant REYNALDO HERNANDEZ JAEN, also known as "Reynaldo Jaen Hernandez," knowingly and intentionally possessed with intent to distribute at least 400 grams, that is, approximately 8.91 kilograms, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General
Crimes Section

BRIAN R. FAERSTEIN
Assistant United States Attorney
Environmental and Community Safety
Crimes Section

8